UNITED STATES DISTRICT COURT

FILED'07 FEB 20 14:07USDC-ORM

DISTRICT OF OREGON

MICHAEL V. SUMPTER,  
    Plaintiff,

vs.

JO ANNE B. BARNHART,

    Defendant.

CV 05-1864-CO

ORDER FOR EAJA FEES AND COSTS

Based on the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $7499.00 shall be awarded to Plaintiff's attorney Martin R. Cohen, pursuant to the Equal Access to Justice Act 28 U.S.C. § 2412. It is further ORDERED that costs in the amount of $350.00 shall be awarded pursuant to 28 U.S.C. § 1920.

DATED this 20 day of ~~January~~ February, 2007.

~~HON. JOHN P. COONEY~~ Owen M Panner  
UNITED STATES DISTRICT JUDGE

Presented by:

/s/_____  
MARTIN R. COHEN, OSB # 77023  
(503) 635-5805  
Attorney for Plaintiff

ORDER FOR EAJA FEES AND COSTS